No. 783. JAMES C. DAVIS, AGENT, ETC., *v.* DEXTER & CARPENTER, INC., ETC.   Error to the Circuit Court of Appeals for the Fourth Circuit.   Argued May 4, 1925.   Decided May 11, 1925.   *Per Curiam.*   Affirmed upon the authority of *Davis, Agent,* v. *Newton Coal Co.,* 267 U. S. 292; and *United States* v. *Archibald McNeil & Sons,* 267 U. S. 302.   *Mr. Duncan K. Brent,* with whom *Messrs. Francis R. Cross* and *A. A. McLaughlin* were on the brief, for plaintiff in error.   *Messrs. Otto A. Schlobohm* and *William B. Symmes, Jr.,* for the defendant in error, submitted.

---

No. 968. THE UNITED STATES OF AMERICA EX REL. OMAR LENOX MACKLEM *v.* COMMISSIONER OF IMMIGRATION AT THE PORT OF NEW YORK.   Appeal from the District Court of the United States for the Southern District of New York.   Motion, May 4, 1925.   Decided May 25, 1925.   *Per Curiam.*   Motion to admit to bail denied, and cause transferred to the Circuit Court of Appeals for the Second Circuit, upon the authority of (1) the act of September 14, 1922, c. 305, 42 Stat. 827; *Heitler* v. *United States,* 260 U. S. 438, 439; (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195.   *Mr. Isaac Shorr,* with whom *Messrs. Walter H. Pollak* and *Carol Weiss King* were on the brief, for appellant.   *The Solicitor General, Mr. Assistant Attorney General Donovan* and *Mr. Harry S. Ridgely* for the appellee.